JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: March 23, 2010

Check No. 2003267

Check Amount: $908.10

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-41623-R | 00013 | GARY DON & MICA TALITHA BROCKMAN | 10 | 1958 | 76.29 | 0.00 | 76.29 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-42007-R | 00011 | RONNEY L. & KIMBERLY E. RAY | 14 | 4327 | 132.02 | 0.00 | 132.02 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-42097-R | 00020 | GARY DON & BETH COLLEN COX HAYES | 13 | XXXXX7152 | 20.56 | 0.00 | 20.56 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-43215-R | 00010 | STEVEN ALLEN & BRENDA KELLEY KLINGSICK | 10 | 3819 | 14.26 | 0.00 | 14.26 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-43215-R | 00039 | STEVEN ALLEN & BRENDA KELLEY KLINGSICK | 12 | 4386 | 8.15 | 0.00 | 8.15 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-44748-R | 00010 | TOBY JOSEPH & KRISTY ELLEN HAFERMAN | 7 | 9823 | 25.53 | 0.00 | 25.53 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: March 23, 2010

Check No. 2003267

Check Amount: $908.10

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-44748-R | 00024 | TOBY JOSEPH & KRISTY ELLEN HAFERMAN | 8 | 7046 | 27.59 | 0.00 | 27.59 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-44748-R | 00025 | TOBY JOSEPH & KRISTY ELLEN HAFERMAN | 9 | 0091 | 30.84 | 0.00 | 30.84 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-44764-R | 00037 | VICTOR L. & KIMBERLY A. MERCADO | 10 | XXXXX0469 | 41.43 | 0.00 | 41.43 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-44764-R | 00038 | VICTOR L. & KIMBERLY A. MERCADO | 8 | XXXXX8214 | 32.41 | 0.00 | 32.41 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-45249-R | 00011 | EVELYN SUZANNE HARRIS | 9 | 5289 | 14.44 | 0.00 | 14.44 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-47354-R | 00001 | MARK H. & MICHA HARRIS | 1 | XXXXX7390 | 6.23 | 0.00 | 6.23 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: March 23, 2010

Check No. 2003267

Check Amount: $908.10

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-48495-R | 00002 | TIMOTHY B. & WENDY A. RICHARDS | 1 | 7915 | 13.11 | 0.00 | 13.11 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-48556-R | 00001 | JAMES CARL & ANITA DARNELL | 1 | 1213 | 2.16 | 0.00 | 2.16 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-49052-R | 00015 | WILLIAM ERNEST & CHRISTINE LEE BROWN | 2 | XXXXX3737 | 17.70 | 0.00 | 17.70 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-49052-R | 00016 | WILLIAM ERNEST & CHRISTINE LEE BROWN | 3 | XXXXX7106 | 14.93 | 0.00 | 14.93 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 06-40103-R | 00019 | MONTY RAY VANDERGRIFF, JR. & KIMBERLY DENISE VANDERGRIFF | 1 | XXXXX9659 | 15.67 | 0.00 | 15.67 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 06-40617-R | 00006 | GREGORY WIMS | 3 | XXXXX2846 | 54.63 | 0.00 | 54.63 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: March 23, 2010

Check No. 2003267

Check Amount: $908.10

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-41090-R | 00007 | CAROLINE L. BLAIR | 2 | XXXXX7778 | 41.09 | 0.00 | 41.09 |
| | | Original check written to:<br>CAPITAL ONE<br>C/O TSYS DEPT MANAGEMENT<br>P. O. BOX 5155<br>NORCROSS, GA 30091-5155 | | | | | |
| 06-41090-R | 00008 | CAROLINE L. BLAIR | 3 | XXXXX8808 | 36.26 | 0.00 | 36.26 |
| | | Original check written to:<br>CAPITAL ONE<br>C/O TSYS DEPT MANAGEMENT<br>P. O. BOX 5155<br>NORCROSS, GA 30091-5155 | | | | | |
| 06-42303-R | 00001 | HOWARD WALTER & KAROL SUE FITZGERALD | 1 | XXXXX2305 | 19.96 | 0.00 | 19.96 |
| | | Original check written to:<br>CAPITAL ONE<br>C/O TSYS DEPT MANAGEMENT<br>P. O. BOX 5155<br>NORCROSS, GA 30091-5155 | | | | | |
| 08-40174-R | 00001 | JON MARC HAYES & ALANA JANELLE ALLSTON-HAYES | 3 | 8808 | 150.65 | 0.00 | 150.65 |
| | | Original check written to:<br>CAPITAL ONE<br>C/O TSYS DEPT MANAGEMENT<br>P. O. BOX 5155<br>NORCROSS, GA 30091-5155 | | | | | |
| 08-40174-R | 00002 | JON MARC HAYES & ALANA JANELLE ALLSTON-HAYES | 2 | 7786 | 92.29 | 0.00 | 92.29 |
| | | Original check written to:<br>CAPITAL ONE<br>C/O TSYS DEPT MANAGEMENT<br>P. O. BOX 5155<br>NORCROSS, GA 30091-5155 | | | | | |
| 08-40840-R | 00002 | TIMOTHY WAYNE & PAULA JEAN HORN | 1 | 6882 | 19.90 | 0.00 | 19.90 |
| | | Original check written to:<br>CAPITAL ONE<br>C/O TSYS DEPT MANAGEMENT<br>P. O. BOX 5155<br>NORCROSS, GA 30091-5155 | | | | | |
| | | | **TOTALS** | | **$908.10** | **$0.00** | **$908.10** |